UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS O'NEAL,

    Plaintiff,

v.                                                Case No. 8:20-cv-936-KKM-AAS

AMERICAN SHAMAN FRANCHISE SYSTEM,
INC.; CBD AMERICAN SHAMAN,
LLC; SHAMAN BOTANICALS, INC.;
FLORIDA SHAMAN PROPERTIES, LLC;
BRANDON CARNES; and KATELYN SIGMAN,

    Defendants.
_____/

## ORDER

Plaintiff Thomas O'Neal withdraws his certifications of service of process regarding copies of this court's order requiring Defendant Brandon Carnes to complete the Fact Information Sheet described in Florida Rule of Civil Procedure 1.560(b) (Doc. 88) and this court's order granting a charging order on Mr. Carnes's interest in F&B, LLC (Doc. 92). (Doc. 123, p. 1). Thus, Plaintiff O'Neal's Motion to Show Cause (Doc. 96) and Motion to Compel (Doc. 98) are **DENIED as moot** for lack of proper service of process.

**ORDERED** in Tampa, Florida on December 17, 2021.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge