UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS O'NEAL,

    Plaintiff,

v.                              Case No. 8:20-cv-936-KKM-AAS

AMERICAN SHAMAN FRANCHISE SYSTEM,
LLC; CBD AMERICAN SHAMAN,
LLC; SHAMAN BOTANICALS, LLC;
SVS ENTERPRISES, LLC; STEPHEN
VINCENT SANDERS II; BRANDON CARNES;
and FRANCIS KALAIWAA,

    Defendants.
_____/

## ORDER

Plaintiff Thomas O'Neal moves for the Clerk to certify a copy of the judgment. (Doc. 491). Mr. O'Neal's motion violates Local Rule 3.01(a) and Local Rule 3.01(g). Additionally, the proper way to obtain a certified copy of a judgment is through the Clerk's office, not in a motion to the court. Accordingly, Mr. O'Neal's Motion for a Certified Copy of the Judgment (Doc. 491) is **DENIED**. Mr. O'Neal should contact the Clerk's office at (813) 301-5400 or by visiting the Clerk's office on the second floor of the Tampa federal courthouse for instructions on how to properly request and pay for a certified copy of the judgment.

1

**ORDERED** in Tampa, Florida on April 2, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge